AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*          DISTRICT OF     NEVADA

SCOTT KANVICK,

      Plaintiff,             JUDGMENT IN A CIVIL CASE
v.

                        CASE NUMBER:  **3:16-cv-00053-RCJ-VPC**

RACHEL BRAUNWORTH, et al.,

      Defendant(s).

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Amended Complaint (ECF #6) is **dismissed without leave to amend** and **without prejudice.**

September 22, 2016                                              **LANCE S. WILSON**
                                                                Clerk


                                                                /s/ K. Rusin
                                                                Deputy Clerk